# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES FRANKLIN MCCLELLAND,

    Plaintiff(s),

vs.

JOSEPH HARRIS AND MIKEAL BUSH,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV113-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2007, Order.

Signed: October 23, 2007

Frank G. Johns, Clerk
United States District Court